WILLIAM MICHAEL LATHAM, JR. *v.*
KEITH S. SCOTT ET AL.

The named defendant's petition for certification for appeal from the Appellate Court is denied.

*Lester Katz,* in support of the petition.

Decided July 17, 1985

LINDEN SHORE DISTRICT *v.* CAROL C.
JOHNSON ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 4 Conn. App. 225, is denied.

*Carol C. Johnson,* pro se, in support of the petition.

*John E. Donegan,* in opposition.

Decided July 17, 1985

ALFRED P. CASSELLA, JR. *v.* CIVIL SERVICE
COMMISSION OF THE CITY OF NEW BRITAIN

The plaintiff's petition for certification for appeal from the Appellate Court, 4 Conn. App. 359, is granted.

*Edward J. Daly, Jr.,* in support of the petition.

Decided July 25, 1985